■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH ADAMS, Appellant.

Present — Dillon, P. J., Callahan, Denman, Green and Schnepp, JJ.